| | |
|---|---|
| 1 | DAYLE ELIESON<br>United States Attorney |
| 2 | CHRISTOPHER BURTON |
| | Assistant United States Attorney |
| 3 | Nevada Bar No. 12940<br>District of Nevada |
| 4 | 501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, Nevada 89101 |
| 5 | (702) 388-6336 / Fax: (702) 388-5087<br>Christopher.Burton4@usdoj.gov |
| 6 | *Representing the United States of America* |



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In the Matter of the Search of:

2512 Ocean Front Drive
Las Vegas, Nevada 89128
County of Clark, State of Nevada

Case No. 2:17-mj-1027-GWF

**GOVERNMENT'S MOTION TO UNSEAL CASE**

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, DAYLE ELIESON, United States Attorney, and Christopher Burton, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:18-mj-419-PAL.

**DATED** this 30th day of April, 2018.

Respectfully,

DAYLE ELIESON
United States Attorney

/s/ Christopher Burton
CHRISTOPHER BURTON
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In the Matter of the Search of:

2512 Ocean Front Drive
Las Vegas, Nevada 89128
County of Clark, State of Nevada

Case No. 2:17-mj-1027-GWF

**ORDER TO UNSEAL CASE**

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 2nd day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE